APPROVED this 7th day of December, 2021. This matter is hereby DISMISSED with prejudice. The Clerk is directed to CLOSE this case.

/s/
**George L. Russell, III**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ROBERT ROY AKINS AND RACHAEL LATINI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:21-cv-02558-GLR ) |
| PNC BANK, N.A., | ) ) |
| Defendant. | ) ) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert Roy Akins and Rachael Latini and Defendant PNC Bank, N.A., through counsel, in accordance with Fed. R. Civ. P. 41(a)(1(A)(ii), hereby stipulate to the dismissal with prejudice of the above-captioned action, with each side to bear their/its own costs and attorneys' fees.

| | |
|---|---|
| December 7, 2021 | December 7, 2021 |
| RIFKIN WEINER LIVINGSTON, LLC | BALLARD SPAHR LLP |
| /s/ Charles S. Fax | /s/ Daniel J. Tobin |
| Charles S. Fax (Bar No. 2490) | Daniel J. Tobin (Bar No. 10338) |
| Liesel J. Schopler | Matthew D. Lamb (Bar No. 20203) |
| Stephen Kuperberg | 1909 K Street NW, 12th Floor |
| 4800 Hampden Lane, Suite 820 | Washington, D.C. 20006 |
| Bethesda, Maryland 20814 | Telephone: (202) 661-2200 |
| Telephone: (301) 951-0150 | Facsimile: (202) 661-2299 |
| cfax@rwllaw.com | tobindj@ballardspahr.com |
| lschopler@rwllaw.com | lambm@ballardspahr.com |
| skuperberg@rwllaw.com | |
| | *Counsel for Defendant PNC Bank, N.A* |

FRANK SIMS & STOLPER LLP
Jason M. Frank (*pro hac vice admission*)
Scott H. Sims (*pro hac vice admission*)